```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675067821
Cashier ID: chastain
Transaction Date: 12/06/2022
Payer Name: Cole and Van Note
--------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Cole and Van Note
 Case/Party: D-TNM-3-22-CV-000989-001
 Amount:         $402.00
--------------------------------------
Paper Check Conversion
 Amt Tendered:  $402.00
--------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

filing fee 3:22-cv-989
```