IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSELL DOMITROVICH, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>M. C. DEAN, INC.,<br><br>Defendant. | Civil Action No.:<br>3:22-cv-00989<br><br>Judge Richardson/Newbern |

**DEFENDANT M. C. DEAN INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant M. C. Dean, Inc. ("M. C. Dean"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's Practice and Procedure Manual (Section III. B.), respectfully requests that this Court extend M. C. Dean's time to respond to Plaintiff Russell Domitrovich's ("Plaintiff") Class Action Complaint until and including February 23, 2023. In support, M. C. Dean states as follows:

1. On December 6, 2022, Plaintiff filed a Class Action Complaint against M. C. Dean in this Court. (ECF No. 1.)

2. This action is the first filed of two currently pending actions against M. C. Dean arising out of a data security incident that it experienced. The other action is captioned, *Gussie v. M. C. Dean, Inc.*, No. 1:22-cv-1416, filed on December 12, 2022 in the United States District Court for the Eastern District of Virginia.

3. The parties in this action are set to appear before Magistrate Judge Newbern on February 9, 2023 at 10 a.m. for an initial case management conference (ECF No. 4), during which

they are to address substantive issues relating to Plaintiff's claims and M. C. Dean's defenses, whether early dispositive motions are anticipated, including potential pleading amendments to cure such motions, and whether the parties intend to explore early alternative dispute resolution (ECF No. 6).

4. M. C. Dean submits that the requested extension will afford the parties more time and an opportunity to address these matters before the initial case management conference.

5. M. C. Dean has not requested an extension of deadlines before, this request is not sought for the purpose of delay, and no party will be prejudiced by the relief sought in this motion.

6. Undersigned counsel conferred with Plaintiff's counsel about the requested extension, and Plaintiff's counsel consented to and does not oppose the relief sought in this Consent Motion.

For the foregoing reasons, M. C. Dean respectfully requests that this Court extend its time to respond to the Class Action Complaint through and including February 23, 2023.

Dated: January 20, 2023.

*Respectfully submitted,*  *Consented to by:*

/s/ Mary Wu Tullis   /s/ Laura Van Note
Mary Wu Tullis   Laura Van Note
Tennessee Bar No. 31339   Admitted Pro Hac Vice
**BAKER DONELSON**   **COLE & VAN NOTE**
165 Madison Ave., Ste. 2000   555 12TH Street, Suite 1725
Memphis, TN 38103   Oakland, CA 94607
Telephone: (901) 577-8180   Telephone: (510) 891-9800
mtullis@bakerdonelson.com   Facsimile: (510) 891-7030
   lvn@colevannote.com

   Jessica S. Prater
   Tennessee Bar No. 39374
***Attorney for Defendant***   **GALAHER LAW, PLLC**
***M. C. Dean, Inc.***   725 Cool Springs Blvd. Suite #600
   Franklin, TN 37067
   (865) 556-0075
   Email: jessica@galaherlaw.com

   ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system, which will automatically provide a copy to all counsel of record.

Dated: January 20, 2023.

*/s/ Mary Wu Tullis*