IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUSSEL DOMITROVICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>M.C. DEAN INC.,<br><br>Defendant. | NO. 3:22-cv-00989<br><br>JUDGE RICHARDSON |

# ORDER

Pending before the Court is Defendant's consent motion to transfer venue to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404. (Doc. No. 17, "Motion").

The Court may transfer a case "to any other district or division where it might have been brought or to any district or division to which all parties have consented" if such transfer is "[f]or the convenience of parties and witnesses" and "in the interest of justice." §1404(a).

In determining whether to transfer venue under § 1404(a), Courts must determine whether: "(1) the action might have been brought in the proposed transferee court; and (2) whether transfer is justified for the convenience of parties and witnesses and in the interest of justice." *Badger v. Speedway, LLC*, No.3:14-cv-7, 2014 WL 10156608 (S.D. Ohio Dec. 8, 2014) (citations omitted). The Court has considered these factors and is satisfied based on the representations of Defendant in the Motion that the Eastern District of Virginia is an appropriate venue.

Accordingly, with consent of Plaintiff, the Court GRANTS Defendant's Motion to Transfer Venue. The Clerk is directed to transfer this case to the United States District Court for the Eastern District of Virginia.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE